# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**MICHEAL ROWSER.,**
        **Plaintiff,**

  v.                                    Case No. 05-C-0274

**ALLIANT FOODSERVICE, INC.,**
        **Defendant.**

## ORDER

On December 12, 2006, plaintiff filed a brief in opposition to defendant's motion for summary judgment, accompanied by two sealed exhibits. Plaintiff filed neither a motion to seal the documents, nor an accompanying affidavit evincing the required good cause. "[T]he public at large pays for the courts and therefore has an interest in what goes on at all stages of a judicial proceeding." Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co., 178 F.3d 943, 945 (7th Cir. 1999). While such interest does not always trump the privacy interests of the parties in litigation, the Seventh Circuit requires district courts to make an independent determination of good cause to seal documents from public view; parties are not given carte blanch to determine which portions of the record are sealed. Id.

**THEREFORE IT IS ORDERED** that plaintiff must file documents exhibiting the required good cause no later than **December 21, 2006**. As an alternative, plaintiff may remove the sealed documents from the file. If the plaintiff fails to file supporting documents or to withdraw the sealed documents by December 21, 2006, the clerk is ordered to unseal the documents on **December 22, 2006.**

Dated at Milwaukee, Wisconsin, this 13 day of December, 2006.

/s_____
LYNN ADELMAN
District Judge